Exhibit 2

Cell Phone Video taken by Plaintiff

*Video Labeled HC 0550 will be filed in-person with the Clerk*