**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **AKEEM BAGLEY,** | § | **CIVIL ACTION NO.** |
| ***PLAINTIFF,*** | § | **4:21-CV-01335** |
| | § | |
| **V.** | § | **JURY TRIAL** |
| | § | |
| **RUDY GUILLEN,** | § | **JUDGE KEITH P. ELLISON** |
| ***DEFENDANT.*** | § | |

## AMENDED EXHIBIT LIST OF DEFENDANT

| No. | Description | No Obj. | Obj. | Date | Date N/Ad |
|---|---|---|---|---|---|
| 1 | Bagley cell phone video HC 550 | | | | |
| 2 | Cpl. Guillen BWC video HC 551 | | | | |
| 3 | Railroad letters HC 320-321 and HC 593-594. | | | | |
| 4 | Sgt. Lopez BWC video HC 553 | | | | |
| 5 | No exhibit | | | | |
| 6 | No exhibit | | | | |
| 7 | Map of 3 locations:<br>- 4799 S. Pinemont Dr (Incident Location)<br>- 4500 S. Pinemont Dr (Arc Labs Houston)<br>- 12720 Hempstead Hwy (Citgo) | | | | |
| 8 | Sgt. Lopez Deposition 8/12/22 Video Excerpts | | | | |
| 9 | No exhibit | | | | |
| | | | | | |