• AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Texas

Akeem Bagley

V.

Rudy Guillen

## EXHIBIT AND WITNESS LIST

Case Number: 4:21-cv-01335

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Keith P. Ellison | James Roberts/Breanta Boss | Suzanne Bradley |
| TRIAL DATE (S) June 17, 2024 | COURT REPORTER | COURTROOM DEPUTY Arturo Rivera |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Exhibit A HC 0051 Bagely Traffic Stop- Rudy Guillen Body Camera |
| 2 | | | | | Exhibit B HC 0053 Corporal J. Lopez Body Camera |
| 3 | | | | | Exhibit C HC 0550 Bagley Video |
| | | | | | |
| | | | | | |
| 1 | | | | | Plaintiff Akeem Bagley |
| 2 | | | | | Defendant Rudy Guillen |
| 3 | | | | | Curtis Ross |
| 4 | | | | | Jose Lopez Jr. |
| 5 | | | | | Jerry Staton |
| 6 | | | | | Christopher Green |
| 7 | | | | | John Martin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.